IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL LYNN GRIGSBY LANE,

                Plaintiff(s),

     v.

COMMISSIONER SOCIAL SECURITY ADMINISTRATION,

                Defendant(s).

Civil No. 03:22-cv-00081-JR

**JUDGMENT**

Based on the record,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED and this case is REMANDED for further proceedings. Pending motions, if any, are DENIED AS MOOT.

Dated this 23rd day of January, 2023.

                                            by    /s/ Jolie A. Russo
                                                           Jolie A. Russo
                                                           United States Magistrate Judge